IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| SHRI HARI CORP d/b/a CARTHAGE INN, <br>     Plaintiff, <br><br> vs. <br><br> AMGUARD INSURANCE COMPANY, <br><br>     Defendant. | Case No. 21-CV-05095-WBG |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself from any further involvement in this case. The Clerk of Court is directed to randomly reassign this case to another judge.

**IT IS SO ORDERED.**

DATE: December 20, 2021            _/s/ W. Brian Gaddy_
                                                               W. BRIAN GADDY
                                                               UNITED STATES MAGISTRATE JUDGE