## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **SHRI HARI CORP,** <br> **d/b/a CARTHAGE INN,** <br><br> *Plaintiff* <br><br> v. <br><br> **AMGUARD INSURANCE COMPANY,** <br><br> *Defendant* | **Case No. 3:21-CV-05095-BP** |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AMGUARD INSURANCE COMPANY

**TO THE HONORABLE JUDGE OF SAID COURT:**

 **COMES NOW** Shri Hari Corp, d/b/a Carthage Inn, Plaintiff in the above styled and enumerated cause of action, files this Notice of Dismissal without Prejudice as to Defendant AmGuard Insurance Company. In support of the same, Plaintiff would show unto this Honorable Court as follows:

1. Plaintiff hereby gives official notice that, at this time, it no longer desires to prosecute its claims against Defendant AmGuard Insurance Company.

2. Therefore, Plaintiff wishes to dismiss its case without prejudice against Defendant AmGuard Insurance Company.

3. Defendant AmGuard Insurance Company has no affirmative claims pending with this Honorable Court.

 WHEREFORE, PREMISES CONSIDERED, Plaintiff, Shri Hari Corporation d/b/a Carthage Inn prays this Honorable Court grant a dismissal of all of its claims against Defendant AmGuard Insurance Company without prejudice.

*Plaintiff Shri Hari Corp Notice of Nonsuit*   Page | 1

Case 3:21-cv-05095-BP   Document 17   Filed 06/01/22   Page 1 of 2

Respectfully submitted,

*/s/ Mark Molner*

**Molner Law Group**
Mark D. Molner
Missouri Bar No. 62189
300 E. 39th Street, Suite G
Kansas City, Missouri 64111
Principal Office No. (816)281-8549
Facsimile: (816)817-1473
mark@molnerlaw.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system or as indicated below, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

**KNIGHT NICASTRO MACKAY**
Jonathan B. Morrow, #58661
319 N 4th Street, Suite 300
St. Louis, MO 63102
(314)690-4757 (Phone)
(816)396-6233 (Fax)
jmorrow@knightnicastro.com
*Attorneys for Defendant*

*/s/ Mark Molner*
Mark Molner